UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61631-CIV-UNGARO

EUGENE TILLMAN,
    Plaintiff,

v.

ERROL CAMPBELL, *et al.*,
    Defendants.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Defendant Campbell's Motion to Dismiss, filed on February 11, 2010. (D.E. 22.) The matter was referred to Magistrate Judge Patrick A. White, who, on March 10, 2010, issued a Report recommending that the Defendant's Motion to Dismiss be granted and that Plaintiff's claim against Defendant Campbell be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted; specifically, the Magistrate Judge notes in his Report that Plaintiff has failed to allege in his Amended Complaint any wrongdoing on the part of Dr. Campbell. (D.E. 23.) The parties were afforded the opportunity to file objections to the Magistrate Judge's Report; however no objections were filed. The matter is now ripe for review.

THE COURT has reviewed the Defendant's Motion and the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, after a *de novo* review of the record, it is hereby

ORDERED AND ADJUDGED as follows:

1.    The Magistrate Judge's Report (D.E. 23) is RATIFIED, ADOPTED, and AFFIRMED.

    2.       Defendant Campbell's Motion to Dismiss (D.E. 22) is GRANTED.

    3.       Plaintiff's Amended Complaint (D.E. 14) is DISMISSED IN PART WITH PREJUDICE. Plaintiff's claim against Dr. Campbell is DISMISSED for failure to state a claim upon which relief may be granted.

    4.       Dr. Campbell is to be DISMISSED as a party from this action.

DONE and ORDERED in Chambers, at Miami, Florida this _31st__ day of March, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Eugene Tillman, *pro se*
Counsel of record